# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITLEY EDWARDS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendant, | Case No.: 2:25-cv-00576-JLS-RAOx<br><br>*Judge: Hon. Josephine L. Staton*<br>*Magistrate Judge: Hon. Rozella A. Oliver*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: <u>May 14, 2026</u>          By: *Josephine L. Staton*
                                          _____
                                          Hon. Josephine L. Staton
                                          United States District Judge

ORDER OF DISMISSAL